UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

**EDWIN BANKS**
**( 03-B-1574)**
                    Plaintiff,

          -vs                                    Civil Case No.  **9:14-CV-999 BKS/CFH**

**Trombley, et al.**
                    Defendants.

_____

## ORDER

          It appearing that a Writ of Habeas Corpus Ad Testificandum be issued to the
Superintendent of  **Marcy  Correctional Facility**, or his deputies, for **EDWIN BANKS (DIN#
03-B-1574)**, the plaintiff in the above-entitled action, who is in their respective custody and
charge, to be produced at **11:00 a.m. on Monday, June 26th , 2017** and each day thereafter for
the duration of the Court proceeding, at the United States Courthouse at 445 Broadway,
Courtroom No. 3, Albany, New York, for the purpose of attending, and participating in a
Mediation Session relative to the above-entitled case before the Honorable Christian F. Hummel.
It appears that the plaintiff is presently incarcerated at Marcy Correctional Facility, and it is
necessary that a Writ of Habeas Corpus Ad Testificandum be issued for the purpose of securing
the presence of the plaintiff at said proceeding.  It is expected that this proceeding will last
approximately 1  day.  Therefore, it is hereby

          **ORDERED** that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum
directing the Superintendent of the above-named facility where said plaintiff is currently housed,
or his deputies, to deliver said plaintiff to the Courthouse on the date and time specified above
until the completion of this proceeding; it is further

          **ORDERED** that a certified copy of this Order and said Writ be served via email and
"certified mail - return receipt requested" upon the Superintendent of the named institution.

DATED:        June 9th  , 2017

                                                        _____
                                                        Christian F. Hummel
                                                        U.S. Magistrate Judge